

# Fourth Court of Appeals
## San Antonio, Texas

Thursday, May 28, 2015

No. 04-15-00047-CR

Vicente **SALDANA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 12-09-0169-CRA
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Sitting: Sandee Bryan Marion, Chief Justice
      Luz Elena D. Chapa, Justice
      Jason Pulliam, Justice

The record in this appeal was originally due March 17, 2015, but it was not filed. In a letter dated March 23, 2015, this court notified Steve Turner that he is the court reporter responsible for timely filing the record and the record had not been filed. Our notice required Turner to file the record no later than April 22, 2015, unless appellant had failed to pay or make arrangements to pay the fee for preparing the record and is not entitled to the record without paying the fee, in which case Turner was required to file a notice so advising the court within ten days. We received no response to our letter.

Accordingly, on April 30, 2015, we ordered Turner to file the record by May 15, 2015. Turner has not filed the reporter's record or otherwise responded to our April 30 order.

We therefore **ORDER Steve Turner** to appear in the courtroom at the Fourth Court of Appeals, 300 Dolorosa, Suite 3200, San Antonio, Texas, on **June 25, 2015, at 2:00 p.m.**, before a panel consisting of Chief Justice Marion, Justice Chapa, and Justice Pulliam to show cause why he should not be held in criminal contempt and civil contempt of this court or otherwise sanctioned for violating this court's April 30, 2015 order by failing to file the reporter's record by May 15, 2015.

Turner is advised that he has a right to be represented by counsel at the show cause hearing. If Turner desires to be represented by counsel, but cannot afford one, he must so notify the court not later than **June 9, 2015**, and counsel will be appointed for him.

**This order does not does not affect Turner's continuing duty to prepare and file the record in this appeal and he is ordered to do so immediately.**

We further **ORDER** the clerk of this court to effect personal service of this order on Steve Turner with proof of service.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court